FILED: February 11, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 14-4645 (L)
(2:13-cr-00330-RMG-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

WENDY ANNETTE MOORE

Defendant - Appellant

---

No. 14-4646
(2:13-cr-00330-RMG-5)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHRISTOPHER AUSTIN LATHAM

Defendant - Appellant

---

M A N D A T E

---

The judgment of this court, entered January 20, 2016, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*