IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | Case No. 14-4646 |
| | ) | |
| CHRISTOPHER AUSTIN LATHAM, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

MOTION TO WITHDRAW AS COUNSEL

COMES NOW counsel for the appellant, Christopher Austin Latham, and moves to withdraw as counsel pursuant to Fourth Circuit Local Rule 46(d) for the following reasons:

1. On January 20, 2016, this honorable court filed its published opinion affirming the convictions of Latham.

2. Undersigned counsel has informed Latham of his right to petition the United States Supreme Court for a writ of certiorari seeking further review of his case. Latham has requested that counsel file a petition with the United States Supreme Court.

3. Counsel believes, after conscientious examination of the court's order and opinion, the applicable law, and the considerations for review stated in Supreme Court Rule 10, that a petition for writ of certiorari would be frivolous.

4. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed the government of the intended filing of this motion. The government has no objection.

5. As indicated on the certificate of service, undersigned counsel has served a copy of this motion on appellant. By letter sent with the copy of the motion, counsel has also informed appellant in writing of his right to respond to the motion within seven days, in accordance with Local Rule 46(d).

Respectfully submitted this March 2, 2016.

s/Andrew Mackenzie

Counsel for Appellant

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, I electronically filed the foregoing with the clerk of court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Rhett Dehart, United States Attorney

I further certify that on March 2, 2016, I sent the foregoing document by U.S. Mail, first-class postage prepaid, to the following non-CM/ECF participant,

Christopher Austin Latham, Appellant

s/Andrew Mackenzie
Counsel for Appellant